SHELTON *v.* UNITED STATES.

No. 235, Misc. Decided June 15, 1953.

Petitioner *pro se.*

*Acting Solicitor General Stern* for the United States.

PER CURIAM.

The petition for certiorari is granted. Upon consideration of the Government's confession of error, after reviewing the record in this case, we vacate the judgments of the Court of Appeals and the District Court. The case is remanded to the District Court for further proceedings in light of the confession of error.